# UNITED STATES DISTRICT COURT
## Western District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Daryl Raymond Kyles | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 2:03-cr-00191-001<br>USM No. #07831-068<br><br>Jay Finkelstein, AFPD<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1, 2, & 3__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall not commit another federal, state of local crime | 03/03/2010 |
| 2 | The defendant shall not leave the judicial district without permission of the Court or the Probation Office | 05/01/2009 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4474

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Forrest City, AZ

07/08/2010
Date of Imposition of Judgment

_/s/ Gary L. Lancaster_
Signature of Judge

Gary L. Lancaster, Chief U.S. Judge
Name and Title of Judge

7/9/10
Date

DEFENDANT: Daryl Raymond Kyles
CASE NUMBER: 2:03-cr-00191-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3. | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substance, except as prescribed by a physician | 02/18/2009 |

DEFENDANT: Daryl Raymond Kyles
CASE NUMBER: 2:03-cr-00191-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 months incarceration, effective May 1, 2009, with no supervision to follow. This sentence shall run concurrently with the Federal and State Court sentences imposed on the defendant and identified in the next page of this Judgment.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Daryl Raymond Kyles
CASE NUMBER: 2:03-cr-00191-001

Judgment—Page 4 of 4

## ADDITIONAL IMPRISONMENT TERMS

This sentence shall run concurrently with the sentences imposed on the defendant from the United States District Court for the Northern District of West Virginia (Case number 5:09CR28-02) and the Court of Common Pleas of Allegheny (PA) County (Case numbers CP-02-CR-0011893-2008, CR-02-CR-0010267-2008 and CP-02-CR-0017854-2009.)